IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL COUNCIL )
OF CARPENTERS PENSION FUND, CHICAGO )
REGIONAL COUNCIL OF CARPENTERS WELFARE )
FUND, CHICAGO REGIONAL COUNCIL OF )
CARPENTERS APPRENTICE & TRAINEE FUND )
                                                                 )
                              Plaintiffs,            )          Case No. 08 C 791
                                                                 )
                                                                 )          Judge Darrah
              v.                                              )
                                                                 )
DOUGLAS G. PAICE individually and d/b/a )
DRYWALL, INC., a sole proprietorship        )
                                                                 )
                              Defendant.             )

JUDGMENT ORDER

_____

WHEREAS, the Plaintiffs filed their Complaint on February 6, 2008 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, DOUGLAS G. PAICE individually and d/b/a DRYWALL, INC., a sole proprietorship, in the sum of **$27,924.16** representing the following amounts:

a)    ERISA Contributions (06/07 - 12/07)    $22,330.88

b)    Liquidated Damages (06/07 - 12/07)    $2,055.97

c)    Union Dues (06/07 - 12/07)    $1,618.56

d)    Attorney Fees and Costs    $1,918.75

**TOTAL**    **$27,924.16**

ENTERED:

JOHN W. DARRAH
UNITED STATES DISTRICT JUDGE

DATED:  6 - 17-08