IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND WELFARE FUND and APPRENTICE & TRAINEE PROGRAM FUND | )<br>)<br>)<br>) |
| Judgment Creditor, | ) Case No. 08 C 791 |
| v. | ) Judge Darrah |
| DOUGLAS G. PAICE individually and d/b/a DRYWALL, INC. a sole proprietorship | )<br>) |
| Judgment Debtor, | ) |
| HARRIS BANK, N.A. | ) |
| Citation Respondent. | ) |

### CITATION TO DISCOVER ASSETS TO THIRD PARTY

To:   Harris Bank, N.A.
      Legal Department
      111 W. Monroe 21E
      Chicago, IL 60603

**YOU ARE COMMANDED** to appear at the law office of Whitfield McGann & Ketterman, 111 E. Wacker Drive, Suite 2600, Chicago, Illinois, 60601 on **Wednesday, July 23, 2008 at 2:00 p.m.** to give testimony under oath concerning the property of the judgement debtor, Douglas G. Paice individually and d/b/a Drywall, Inc. a sole proprietorship.

Judgment was entered on June 17, 2008 for the plaintiffs / judgment creditor and against Douglas G. Paice individually and d/b/a Drywall, Inc. a sole proprietorship in the sum of $27,924.16. A copy of the judgment is attached to this Citation. There is now due less credits and set off the sum of $27,924.16. Your answer / testimony will inform the Court as to the property you may hold belonging to Douglas G. Paice individually and d/b/a Drywall, Inc. a sole proprietorship

**YOU ARE COMMANDED** to produce at the examination the following documentation and information:

- ❏ Current statement that reflects the amount of funds / money held in any accounts belonging to the judgment debtor(s);
- ❏ Current statement listing all amounts owed to the judgment debtor(s);
- ❏ Current statement listing all amounts paid to the judgment debtor(s);
- ❏ Documents evidencing UCC filings or secured interest in judgment debtor(s) real or personal property;

I, _Harris N.A._, certify under penalty of perjury that with regard to the
Citation Respondent
property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ _____
B) Checking and / or Now Account (Amount withheld) $ _0.00_
C) Certificate of Deposit (Amount held) $ _____
D) Money Market Account (Amount held) $ _____
E) Trust Account (Amount held) $ _____
F) Safety Deposit Box $ _____
G) No Accounts _____
H) Adverse Claimant: Name _____ Address _____
I) Wages, Salary or Commissions _____
J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

Sub Total _No funds_

Less right of offset for other loans
Less deduction for fees limited by
205 ILCS 5/48.1

Total _No funds_

**FILED**
**JUL 18 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

_____
Agent for Citation Respondent

_____ on oath state.
I am over 21 years of age and not a party to this case. I served the citation to discover assets as follows:
on _____ by leaving a copy with the third party defendant on _____, _____
at the hour of _____. m. at _____ Street, _____ County, Illinois
On the third party defendant _____ by mailing a copy on _____, _____
by certified mail addressed to agent of the third party defendant, return receipt requested.

(attached green card receipt
of service here)

**Signed and sworn by party making service

_____, _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**